**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ALONZO AUSTIN,**

    Plaintiff,

vs.                               **CASE NO. 4:07CV420-RH/AK**

**JAMES. S. GASKINS,**

    Defendant.

_____/

**O R D E R**

Presently before the Court is Defendant's Motion to Extend Time to Respond to the Complaint. (Doc. 15). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have fifteen days from this date to respond to the complaint.

**DONE AND ORDERED** this __17th__ day of October, 2007.

                                      _s/ A. KORNBLUM_
                                      **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**